# United States District Court
## Southern District of Georgia

DINO L. HARDING,

Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:19-cv-020

CLINTON PERRY, WARDEN,

Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated March 1, 2019 adopting the U.S. Magistrate Judge's Report and Recommendation as the opinion of this Court, the Petitioner's 28 U.S.C. § 2254 Petition for Habeas Corpus is dismissed, the Petitioner is denied a Certificate of Appealability, and the Petitioner is denied in forma pauperis status on appeal. This case stands closed.

Approved by: _____

| March 7, 2019 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |